## THORNHILL v. THE STATE.

(Decided May 11, 1915).

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

LEITH & GUNN, for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Appeal dismissed on authority of *Clark v. State*, 8 Ala. App. 105, 62 South. 987.

## TUSCALOOSA CONCRETE & SUPPLY CO. v. HUNNICUTT.

(Decided April 22, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. RICE & TAYLOR, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

## WHITE v. THE STATE.

(Decided May 13, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—Affirmed on the record.

## WILLIAMS v. CITY OF TUSCALOOSA.

(Two Cases)

(Decided April 22, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant, BROWN & WARD, for appellee.

Per curiam. Appeal dismissed for want of prosecution.